IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. 07-147-KI |
| v. | INDICTMENT |
| JAMES STEPHEN ROLEN<br>ALFREDO CARRANZA, Jr., and<br>ELIVERIO MARTINEZ-FRANCO,<br>                    Defendants. | [18 U.S.C. §§ 201(b)(1) & (b)(2); 371; 981; 1791;  21 U.S.C. §§ 841(a)(1); 846; 853<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES:

### COUNT 1

From on or before February 12, 2007, and continuing until on or about February 25, 2007, the exact dates unknown to the grand jury, in the District and State of Oregon, JAMES STEPHEN ROLEN, ALFREDO CARRANZA, Jr. and ELIVERIO MARTINEZ-FRANCO, defendants herein, did, knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute and to possess with intent to distribute heroin and marijuana, each a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the defendants or co-conspirators committed one or more of the following overt acts in

the District of Oregon.

1. On or about February 14, 2007, ALFREDO CARRANZA, Jr. had a telephone conversation with JAMES STEPHEN ROLEN.

2. On or about February 17, 2007, ALFREDO CARRANZA, Jr. told JAMES STEPHEN ROLEN that ROLEN would be contacted by "his people."

3. On or about February 20, 2006, ELIVERIO MARTINEZ-FRANCO had a telephone conversation with JAMES STEPHEN ROLEN setting up a meet at the Los Palomas restaurant.

4. On or about February 23, 2007, JAMES STEPHEN ROLEN met with ELIVERIO MARTINEZ-FRANCO at the Los Palomas restaurant.

5. On or about February 23, 2007, ELIVERIO MARTINEZ-FRANCO provided heroin and marijuana to JAMES STEPHEN ROLEN.

6. That between February 12, 2007 and February 25, 2007 ALFREDO CARRANZA, Jr. had telephone conversations with JAMES STEPHEN ROLEN, and CARRANZA advised JAMES STEPHEN ROLEN to provide CARRANZA with digital scales, balloons and other drug packaging paraphernalia.

7. That on February 25, 2007, JAMES STEPHEN ROLEN did enter and attempt to enter FCI Sheridan in possession of heroin, marijuana, a digital scale, balloons and other drug packaging paraphernalia.

## COUNT 2

From on or before February 12, 2007, and continuing until on or about February 25, 2007, the exact dates unknown to the grand jury, in the District and State of Oregon, JAMES

STEPHEN ROLEN and ELIVERIO MARTINEZ-FRANCO, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other to provide a prohibited object, to wit: the narcotic drugs heroin and marijuana, to an inmate of a prison, the Federal Correctional Institution (FCI) at Sheridan, Oregon; all in violation of Title 18, United States Code, Sections 371 and 1791(a)(1).

### OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the defendants or co-conspirators committed one or more of the following overt acts in the District of Oregon.

1. On or about February 14, 2007, ALFREDO CARRANZA, Jr. had a telephone conversation with JAMES STEPHEN ROLEN.

2. On or about February 17, 2007, ALFREDO CARRANZA, Jr. told JAMES STEPHEN ROLEN that ROLEN would be contacted by "his people."

3. On or about February 20, 2006, ELIVERIO MARTINEZ-FRANCO had a telephone conversation with JAMES STEPHEN ROLEN setting up a meet at the Los Palomas restaurant.

4. On or about February 23, 2007, JAMES STEPHEN ROLEN met with ELIVERIO MARTINEZ-FRANCO at the Los Palomas restaurant.

5. On or about February 23, 2007, ELIVERIO MARTINEZ-FRANCO provided heroin and marijuana to JAMES STEPHEN ROLEN.

6. That between February 12, 2007 and February 25, 2007 ALFREDO CARRANZA, Jr. had telephone conversations with JAMES STEPHEN ROLEN, and

CARRANZA advised JAMES STEPHEN ROLEN to provide CARRANZA with digital scales, balloons and other drug packaging paraphernalia.

7. That on February 25, 2007, JAMES STEPHEN ROLEN did enter and attempt to enter FCI Sheridan in possession of heroin, marijuana, a digital scale, balloons and other drug packaging paraphernalia.

## COUNT 3

That on or about February 25, 2007, in the District and State of Oregon, JAMES STEPHEN ROLEN, ALFREDO CARRANZA, Jr. and ELIVERIO MARTINEZ-FRANCO, defendants herein, did knowingly and intentionally possess with intent to distribute and attempt to possess with intent to distribute a quantity of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 846.

## COUNT 4

That on or about February 25, 2007, in the District and State of Oregon, JAMES STEPHEN ROLEN, ALFREDO CARRANZA, Jr. and ELIVERIO MARTINEZ-FRANCO, defendants herein, did knowingly and intentionally possess with intent to distribute and attempt to possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 846.

## COUNT 5

That between February 12, 2007 and February 25, 2007 , in the District and State of Oregon, JAMES STEPHEN ROLEN, defendant, a public official, directly and indirectly did corruptly demand, seek, receive, accept and agree to receive and accept something of value, that is, money, from ALFREDO CARRANZA, Jr., in return for and with the intent of being

influenced in the performance of an official act and being influenced to act or omit to do an act in violation of his official duty, that is: to provide and attempt to provide prohibited objects, to wit: heroin and marijuana, to inmates of a prison, the Federal Correctional Institution (FCI) at Sheridan, Oregon; all in violation of Title 18, United States Code, Section 201(b)(2).

### COUNT 6

That between February 12, 2007 and February 25, 2007 , ALFREDO CARRANZA, Jr., defendant, did directly and indirectly, corruptly give, offer and promise something of value, to wit: money, to JAMES STEPHEN ROLEN, a public official with the intent to induce JAMES STEPHEN ROLEN to do an act in violation of the lawful duty of JAMES STEPHEN ROLEN, to wit: to provide prohibited objects- heroin and marijuana, to inmates of a prison, the Federal Correctional Institution (FCI) at Sheridan, Oregon; all in violation of Title 18, United States Code, Section 201(b)(1).

### FORFEITURE ALLEGATIONS

1.     Upon conviction of one or more of the offenses alleged in Counts 1, 3 & 4 of this Indictment defendants, JAMES STEPHEN ROLEN, ALFREDO CARRANZA, Jr. and ELIVERIO MARTINEZ-FRANCO, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation.

2.     Upon conviction of one or more of the offenses alleged in Counts 5 & 6 of this Indictment, defendants, JAMES STEPHEN ROLEN and ALFREDO CARRANZA, Jr., shall

forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

DATED this 24 day of April 2007.

                        A TRUE BILL:

                        _____
                        OFFICIATING FOREPERSON

KARIN J. IMMERGUT
United States Attorney

_____
FRANK NOONAN, OSB #70104
Assistant United States Attorney

PAGE 6 - INDICTMENT