IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr. 07-147-(1)KI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINDINGS AND ORDER ON |
| | ) | DEFENDANT'S OBJECTION TO |
| JAMES STEPHEN ROLEN, | ) | EX PARTE MOTION TO UNSEAL |
| | ) | |
| Defendant. | ) | |

HUBEL, Magistrate Judge.

Frank Noonan
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Attorney for the United States

Patrick J. Ehlers
Assistant Federal Public Defender
101 SW Main St., Suite 1700
Portland, Oregon  97204
Attorney for the Defendant

   This matter came before the court for oral argument on April 26, 2007, on Defendant's Objection to Ex Parte Motion to Unseal. I make the following findings:

1     The case of <u>Oregonian Publishing Company v United States</u>
2  <u>Court - District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990) governs
3  the issues before me.  The First Amendment requires not only an
4  openness of the courtroom, but openness of court files as well.
5  The defendant seeks an order that a due process violation has
6  occurred with respect to him in that the court granted an ex
7  parte motion to unseal the indictment filed by the government
8  after the court had allowed the indictment to be sealed on filing
9  to prevent flight of the defendants before arrest, and for
10 officer safety in making the arrests of the defendants.  This
11 case requires a defendant seeking to seal all or a portion of a
12 public case file to make a showing that: 1) there is a
13 substantial probability of irreparable harm to defendant's right
14 to a fair trial by allowing access to the criminal file by the
15 public or the press; 2) that there are no alternative means for
16 assuring the availability of a fair trial to the defendant, and
17 3) that sealing of all or a portion of the court file will
18 protect the defendant's right to a fair trial.  The defendant
19 argues that he may also make a showing that there are substantial
20 safety concerns of the defendant's that require a criminal file
21 to be closed.  After a hearing today, at which the defendant was
22 represented by counsel, I find that no such showing regarding the
23 defendant's safety, nor the defendant's right to a fair trial has
24 been made, and I ORDER that the file be unsealed.  I specifically
25 decline to find any due process violation has occurred.
26     If either the government or the defendant desire to have
27 these findings reviewed by the Judge King, they should make that
28 request in writing not later than 4:30 P.M. today.  If such a

filing is made in writing, I will continue the partial sealing order I entered yesterday until such time as Judge King can consider the request to review my findings. If no such filing is made, the Clerk's office is to unseal the file by 5:30 P.M. today. In either event, the Clerk is directed to provide a copy of this order with defendant's name redacted to any member of the public or the press requesting information about this case.

DATED this 26TH day of April, 2007.

_____
Dennis J. Hubel
United States Magistrate Judge